**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD FELDBAUER, <br><br> *Plaintiff*, <br><br> v. <br><br> HPC OF PENNSYLVANIA, INC. <br> d/b/a THE RIDGWAY RECORD <br><br> *Defendant*. | Case No. 1:21-CV-00253-SPB <br><br> Hon. Susan Paradise Baxter <br><br> *Filed Electronically* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Ronald Feldbauer, and Defendant, HPC of Pennsylvania, by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and disbursements.

Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

Dated: November 29, 2022

*/s/ Michael J. Bradley*
Michael J. Bradley (PA 329880)
mbradley@weisbergcummings.com
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)
*Counsel for Plaintiff*

                                    **COPPOLO & COPPOLO, LLC**

Dated: November 29, 2022         */s/ Thomas R. Beveridge*
Thomas R. Beveridge, Esquire (PA 73414)
coppololaw@windstream.net
19 North St. Marys Street, Box 186
St. Marys, PA 15875
(814) 834-2848
*Counsel for Defendant*

It is so ordered this 30th day of November, 2022.

_____
United States District Judge